

**MELISA SKINNER**
JUDGE, 290th DISTRICT COURT
BEXAR COUNTY COURTHOUSE
SAN ANTONIO, TEXAS 78205
(210) 335-2696

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 DEC 15 AM 11:30

KEITH E. HOTTLE, CLERK

December 14, 2015

Court of Appeals
Fourth Court of Appeals District of Texas
300 Dolorosa
San Antonio, Texas 78205

RE:     Ray L. Alexander
        Case 04-15-00545-CR
        Trial Court No. 2014SF00459

To the Honorable Fourth Court of Appeals:

On November 5, 2015, the Court abated the above referenced cause to this court to conduct a hearing to determine whether Appellant desires to continue with his appeal and other issues related to such appeal. The Court ordered the trial court to make written findings and conclusions on these issues and ordered the transcript of the hearing and supplemental clerk's record to be filed no later than December 7, 2015.

Through inadvertence, the court just obtained a copy of the Fourth Court's order. This court respectfully requests an extension until January 7, 2016, to allow the hearing to be conducted and be transcribed. This court does not request this extension solely for the purpose of delay. Thank you for your consideration.

Sincerely,

*Melisa Skinner*

Judge Melisa Skinner
290[h] Judicial District Court
Bexar County, Texas